# United States District Court

## Northern District of Illinois
Eastern Division

CROSS                                          **JUDGMENT IN A CIVIL CASE**

           v.                                       Case Number: 03 C 4265

WEBER et al

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Weber et al and against plaintiff Cross. This action is dismissed in its entirety.

                                                      Michael W. Dobbins, Clerk of Court

Date: 10/20/2005                         /s/ J. Smith, Deputy Clerk